UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JAMES JOSEPH PLATTE
#285651, JR.,

      Plaintiff,

v.

SARAH SCHROEDER, et al.,

      Defendants.
_____/

Case No.   2:22-cv-00051

Hon.   Robert J. Jonker
U.S. District Judge

## REPORT AND RECOMMENDATION

This Report and Recommendation (R&R) addresses Plaintiff's motion for voluntary dismissal. (ECF No. 39.)

The Plaintiff in this case – state prisoner James Joseph Platte – filed this civil rights action pursuant to 42 U.S.C. § 1983. He alleges that his rights were violated while he was confined at the Alger Correctional Facility because $600.00 that he received under the CARES Act was improperly used to satisfy his outstanding debt. (ECF No. 1.) Defendants and Plaintiff have filed motions for summary judgment. (ECF Nos. 28 and 32.)

On July 31, 2023, Platte filed a motion for voluntary dismissal. It is axiomatic that, in the absence of special circumstances, the plaintiff remains the master of his own lawsuit. Plaintiffs are entitled to seek voluntary dismissal at any point in their cases – even, at least in theory, during the very advanced stages of the litigation.

1

The Federal Rules of Civil Procedure reflect this principle.  Under Rule 41(a), the plaintiff is entitled to dismissal of the case without leave of court at any time prior to service by the adverse party of an answer or motion for summary judgment; or, otherwise, with leave of court upon such terms and conditions as the court deems proper.  Fed. R. Civ. P. 41(a)(1) and (2).

The theory underlying the general rule is that, unless and until it would be inequitable to the opposing parties to dismiss the matter, the plaintiff cannot be forced to press on with a lawsuit he does not wish to prosecute.  *Smoot v. Fox*, 340 F.2d 301 (6th Cir. 1964).

In the instant action, there has been no consideration of the merits of Platte's claims.  Defendants have not demonstrated that they will suffer prejudice if the Court grants Platte's motion.  In fact, Defendants have not responded to Plaintiff's motion for voluntary dismissal, which was filed on July 31, 2023.

In the opinion of the undersigned, the interests of justice require that Platte's motion for voluntary dismissal (ECF No. 39) be granted.

Accordingly, it is recommended that the case be dismissed without prejudice.

NOTICE TO PARTIES:   Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within fourteen (14) days of receipt of this Report and Recommendation.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3(b).  Failure to file timely objections constitutes a waiver of any further right to appeal.  *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).  *See also Thomas v. Arn*, 474 U.S. 140 (1985).

Dated:   September 1, 2023              /s/ *Maarten Vermaat*
                                                                MAARTEN VERMAAT
                                                                U.S. MAGISTRATE JUDGE